

**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### EMPLOYEE INFORMATION
EMPLOYEE NO: 205982
PLANT/DEPT: 08-1100
NAME/ADDRESS: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

### CHECK INFORMATION 3602
CHECK NUMBER: 005431364
PAY PERIOD ENDING: 11-27-2021
CHECK DATE: 12-03-2021

### EMPLOYEE TAX INFORMATION
FEDERAL FILING STATUS: S
FEDERAL DEPENDENTS:
ADDITIONAL FEDERAL WITHOLDING: $0.00

### EARNINGS

| CODE | HOURS | RATE | CURRENT |
|------|-------|--------|---------|
| 21 | 12.00 | 22.6000 | 407.55 |
| 22 | 16.00 | 22.6000 | 369.60 |
| 23 | 24.00 | 22.6000 | 554.40 |
| CURRENT EARNINGS | | | 1,331.55 |
| YTD EARNINGS | | | 30,945.93 |

### EARNINGS CODES
10 REGULAR SALARY
11 OVERTIME SALARY
12 HOLIDAY SALARY
13 VACATION SALARY
14 COMMISSION SALARY
15 BONUS SALARY
20 REGULAR HOURLY
21 OVERTIME HOURLY
22 HOLIDAY HOURLY
23 VACATION HOURLY
24 COMMISSION HOURLY
25 BONUS HOURLY
27 SHORT/OVER ADJ.
30 REGULAR INCENTIVE
31 OVERTIME INCENTIVE
32 HOLIDAY INCENTIVE
33 VACATION INCENTIVE
34 COMMISSION INCENTIVE
35 BONUS INCENTIVE
37 SHORT/OVER ADJ.
40 REGULAR BONUS
41 ADDITIONAL BONUS
50 REGULAR HOURLY
51 OVERTIME HOURLY
52 HOLIDAY HOURLY
53 VACATION HOURLY
54 COMMISSION HOURLY
55 BONUS HOURLY
57 SHORT/OVER ADJ.
90 DISABILITY

### DEDUCTIONS

| CODE | CURRENT | YEAR-TO-DATE |
|------|---------|--------------|
| 01 | 95.38 | 1,797.97 |
| 02 | 96.49 | 2,276.07 |
| 03 | 38.72 | 913.40 |
| 04 | 12.61 | 297.52 |
| 06 | 0.80 | 18.59 |
| 13 | 70.25 | 1,194.25 |
| 24 | 1.00 | 28.00 |
| 25 | 39.95 | 667.04 |
| DED TOTALS | 355.20 | 7,192.84 |
| NET PAY | 976.35 | 23,753.09 |

### DEDUCTION CODES
1 FEDERAL INCOME TAX
2 F.I.C.A.
3 STATE INCOME TAX
4 LOCAL WAGE TAX
5 COUNTY TAX
6 STATE UNEMPLOYMENT TAX
7 DISABILITY
9 EIC
10 OREGON TRANSIT TAX
11 PFMLA
12 MA PFMLA
13 GROUP INSURANCE
14 MISCELLANEOUS
15 EYEMED BUY UP
17 DOMESTIC RELATIONS
18 MISCELLANEOUS
19 SHOES
20 BATTERIES
21 UNITED WAY
22 UNITED WAY
24 LOCAL SERVICES TAX
25 PRE-TAX 401K
27 GROUP INSURANCE
28 GROUP INSURANCE
30-31 PROFIT SHARING/401K LOANS
32 PRE-TAX 401K
33 PRE-TAX 401K
34 STOP PAYMENT CHARGE
37 EYEMED BUY UP
38 EYEMED BUY UP
45 CREDIT UNION
50-69 PROFIT SHARING/401K LOANS
76 LONG TERM DISABILITY
77 LIFE INSURANCE

### MESSAGE AREA

---

### AUTOMATIC PAYROLL DEPOSIT

**East Penn Manufacturing Co.**    Manufacturer of **Deka** Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|------------|------|-------------|----------|--------|
| 08-1100 | 12-03-2021 | 205982 | 005431364 | $976.35 |

PAY   NINE HUNDRED SEVENTY SIX AND 35/100 DOLLARS

TO THE ORDER OF:   SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

## NON-NEGOTIABLE

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### CHECK INFORMATION  3585
CHECK NUMBER: 005448321
PAY PERIOD ENDING: 12-04-2021
CHECK DATE: 12-10-2021

### EMPLOYEE INFORMATION
EMPLOYEE NO: 205982
PLANT/DEPT: 08-1100
NAME/ADDRESS: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

### EMPLOYEE TAX INFORMATION
FEDERAL FILING STATUS: S
FEDERAL DEPENDENTS:
ADDITIONAL FEDERAL WITHOLDING: $0.00

### EARNINGS
| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 40.00 | 22.6000 | 924.00 |
| CURRENT EARNINGS | | | 924.00 |
| YTD EARNINGS | | | 31,994.93 |

### EARNINGS CODES
10 REGULAR SALARY
11 OVERTIME SALARY
12 HOLIDAY SALARY
13 VACATION SALARY
14 COMMISSION SALARY
15 BONUS SALARY
20 REGULAR HOURLY
21 OVERTIME HOURLY
22 HOLIDAY HOURLY
23 VACATION HOURLY
24 COMMISSION HOURLY
25 BONUS HOURLY
27 SHORT/OVER ADJ.
30 REGULAR INCENTIVE
31 OVERTIME INCENTIVE
32 HOLIDAY INCENTIVE
33 VACATION INCENTIVE
34 COMMISSION INCENTIVE
35 BONUS INCENTIVE
37 SHORT/OVER ADJ.
40 REGULAR BONUS
41 ADDITIONAL BONUS
50 REGULAR HOURLY
51 OVERTIME HOURLY
52 HOLIDAY HOURLY
53 VACATION HOURLY
54 COMMISSION HOURLY
55 BONUS HOURLY
57 SHORT/OVER ADJ.
90 DISABILITY

### DEDUCTIONS
| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 27.88 | 1,853.35 |
| 02 | 65.31 | 2,350.94 |
| 03 | 26.21 | 943.45 |
| 04 | 8.54 | 307.31 |
| 06 | 0.55 | 19.22 |
| 13 | 70.25 | 1,264.50 |
| 24 | 1.00 | 29.00 |
| 25 | 27.72 | 694.76 |
| DED TOTALS | 227.46 | 7,462.53 |
| NET PAY | 696.54 | 24,532.40 |

### DEDUCTION CODES
1 FEDERAL INCOME TAX
2 F.I.C.A.
3 STATE INCOME TAX
4 LOCAL WAGE TAX
5 COUNTY TAX
6 STATE UNEMPLOYMENT TAX
7 DISABILITY
9 EIC
10 OREGON TRANSIT TAX
11 PFMLA
12 MA PFMLA
13 GROUP INSURANCE
14 MISCELLANEOUS
15 EYEMED BUY UP
17 DOMESTIC RELATIONS
18 MISCELLANEOUS
19 SHOES
20 BATTERIES
21 UNITED WAY
22 UNITED WAY
24 LOCAL SERVICES TAX
25 PRE-TAX 401K
27 GROUP INSURANCE
28 GROUP INSURANCE
30-31 PROFIT SHARING/401K LOANS
32 PRE-TAX 401K
33 PRE-TAX 401K
34 STOP PAYMENT CHARGE
37 EYEMED BUY UP
38 EYEMED BUY UP
45 CREDIT UNION
50-69 PROFIT SHARING/401K LOANS
76 LONG TERM DISABILITY
77 LIFE INSURANCE

### MESSAGE AREA

---

### AUTOMATIC PAYROLL DEPOSIT
**East Penn Manufacturing Co.** — Manufacturer of **Deka** Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 12-10-2021 | 205982 | 005448321 | $696.54 |

PAY SIX HUNDRED NINETY SIX AND 54/100 DOLLARS

TO THE ORDER OF: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

# NON-NEGOTIABLE

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### CHECK INFORMATION 3555
| | |
|---|---|
| CHECK NUMBER: | 005456812 |
| PAY PERIOD ENDING: | 12-11-2021 |
| CHECK DATE: | 12-17-2021 |

### EMPLOYEE INFORMATION
| | |
|---|---|
| EMPLOYEE NO: | 205982 |
| PLANT/DEPT: | 08-1100 |
| NAME/ADDRESS: | SAMUEL J. MULL JR |
| | 5205 CASA GRANDE RD |
| | TEMPLE, PA 19560 |

### EMPLOYEE TAX INFORMATION
| | |
|---|---|
| FEDERAL FILING STATUS: | S |
| FEDERAL DEPENDENTS: | |
| ADDITIONAL FEDERAL WITHOLDING: | $0.00 |

### EARNINGS
| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 40.00 | 22.6000 | 924.00 |
| 21 | 12.00 | 22.6000 | 413.55 |
| | CURRENT EARNINGS | | 1,337.55 |
| | YTD EARNINGS | | 33,332.48 |

### EARNINGS CODES
| | |
|---|---|
| 10 | REGULAR SALARY |
| 11 | OVERTIME SALARY |
| 12 | HOLIDAY SALARY |
| 13 | VACATION SALARY |
| 14 | COMMISSION SALARY |
| 15 | BONUS SALARY |
| 20 | REGULAR HOURLY |
| 21 | OVERTIME HOURLY |
| 22 | HOLIDAY HOURLY |
| 23 | VACATION HOURLY |
| 24 | COMMISSION HOURLY |
| 25 | BONUS HOURLY |
| 27 | SHORT/OVER ADJ. |
| 30 | REGULAR INCENTIVE |
| 31 | OVERTIME INCENTIVE |
| 32 | HOLIDAY INCENTIVE |
| 33 | VACATION INCENTIVE |
| 34 | COMMISSION INCENTIVE |
| 35 | BONUS INCENTIVE |
| 37 | SHORT/OVER ADJ. |
| 40 | REGULAR BONUS |
| 41 | ADDITIONAL BONUS |
| 50 | REGULAR HOURLY |
| 51 | OVERTIME HOURLY |
| 52 | HOLIDAY HOURLY |
| 53 | VACATION HOURLY |
| 54 | COMMISSION HOURLY |
| 55 | BONUS HOURLY |
| 57 | SHORT/OVER ADJ. |
| 90 | DISABILITY |

### DEDUCTIONS
| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 96.66 | 1,950.01 |
| 02 | 96.95 | 2,447.89 |
| 03 | 38.91 | 982.36 |
| 04 | 12.67 | 319.98 |
| 06 | 0.80 | 20.02 |
| 13 | 70.25 | 1,334.75 |
| 24 | 1.00 | 30.00 |
| 25 | 40.13 | 734.89 |
| DED TOTALS | 357.37 | 7,819.90 |
| NET PAY | 980.18 | 25,512.58 |

### DEDUCTION CODES
| | |
|---|---|
| 1 | FEDERAL INCOME TAX |
| 2 | F.I.C.A. |
| 3 | STATE INCOME TAX |
| 4 | LOCAL WAGE TAX |
| 5 | COUNTY TAX |
| 6 | STATE UNEMPLOYMENT TAX |
| 7 | DISABILITY |
| 9 | EIC |
| 10 | OREGON TRANSIT TAX |
| 11 | PFMLA |
| 12 | MA PFMLA |
| 13 | GROUP INSURANCE |
| 14 | MISCELLANEOUS |
| 15 | EYEMED BUY UP |
| 17 | DOMESTIC RELATIONS |
| 18 | MISCELLANEOUS |
| 19 | SHOES |
| 20 | BATTERIES |
| 21 | UNITED WAY |
| 22 | UNITED WAY |
| 24 | LOCAL SERVICES TAX |
| 25 | PRE-TAX 401K |
| 27 | GROUP INSURANCE |
| 28 | GROUP INSURANCE |
| 30-31 | PROFIT SHARING/401K LOANS |
| 32 | PRE-TAX 401K |
| 33 | PRE-TAX 401K |
| 34 | STOP PAYMENT CHARGE |
| 37 | EYEMED BUY UP |
| 38 | EYEMED BUY UP |
| 45 | CREDIT UNION |
| 50-69 | PROFIT SHARING/401K LOANS |
| 76 | LONG TERM DISABILITY |
| 77 | LIFE INSURANCE |

### MESSAGE AREA

---

### AUTOMATIC PAYROLL DEPOSIT
**East Penn Manufacturing Co.** — Manufacturer of **Deka** Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 12-17-2021 | 205982 | 005456812 | $980.18 |

PAY  NINE HUNDRED EIGHTY AND 18/100 DOLLARS

TO THE ORDER OF:  SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560

## NON-NEGOTIABLE

FIRST NATIONAL BANK OF LEESPORT – CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### EMPLOYEE INFORMATION
EMPLOYEE NO: 205982
PLANT/DEPT: 08-1100
NAME/ADDRESS: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

### CHECK INFORMATION 3564
CHECK NUMBER: 005465329
PAY PERIOD ENDING: 12-18-2021
CHECK DATE: 12-24-2021

### EMPLOYEE TAX INFORMATION
FEDERAL FILING STATUS: S
FEDERAL DEPENDENTS:
ADDITIONAL FEDERAL WITHOLDING: $0.00

### EARNINGS

| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 24.00 | 22.6000 | 554.40 |
| | | CURRENT EARNINGS | 554.40 |
| | | YTD EARNINGS | 33,886.88 |

### EARNINGS CODES
10 REGULAR SALARY
11 OVERTIME SALARY
12 HOLIDAY SALARY
13 VACATION SALARY
14 COMMISSION SALARY
15 BONUS SALARY
20 REGULAR HOURLY
21 OVERTIME HOURLY
22 HOLIDAY HOURLY
23 VACATION HOURLY
24 COMMISSION HOURLY
25 BONUS HOURLY
27 SHORT/OVER ADJ.
30 REGULAR INCENTIVE
31 OVERTIME INCENTIVE
32 HOLIDAY INCENTIVE
33 VACATION INCENTIVE
34 COMMISSION INCENTIVE
35 BONUS INCENTIVE
37 SHORT/OVER ADJ.
40 REGULAR BONUS
41 ADDITIONAL BONUS
50 REGULAR HOURLY
51 OVERTIME HOURLY
52 HOLIDAY HOURLY
53 VACATION HOURLY
54 COMMISSION HOURLY
55 BONUS HOURLY
57 SHORT/OVER ADJ.
90 DISABILITY

### DEDUCTIONS

| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 02 | 37.04 | 2,484.93 |
| 03 | 14.86 | 997.22 |
| 04 | 4.94 | 324.82 |
| 06 | 0.33 | 20.35 |
| 13 | 70.25 | 1,405.00 |
| 24 | 1.00 | 31.00 |
| 25 | 16.63 | 751.52 |
| ** | | 1,950.01 |
| DED TOTALS | 144.95 | 7,964.85 |
| NET PAY | 409.45 | 25,922.03 |

### DEDUCTION CODES
1 FEDERAL INCOME TAX
2 F.I.C.A.
3 STATE INCOME TAX
4 LOCAL WAGE TAX
5 COUNTY TAX
6 STATE UNEMPLOYMENT TAX
7 DISABILITY
9 EIC
10 OREGON TRANSIT TAX
11 PFMLA
12 MA PFMLA
13 GROUP INSURANCE
14 MISCELLANEOUS
15 EYEMED BUY UP
17 DOMESTIC RELATIONS
18 MISCELLANEOUS
19 SHOES
20 BATTERIES
21 UNITED WAY
22 UNITED WAY
24 LOCAL SERVICES TAX
25 PRE-TAX 401K
27 GROUP INSURANCE
28 GROUP INSURANCE
30-31 PROFIT SHARING/401K LOANS
32 PRE-TAX 401K
33 PRE-TAX 401K
34 STOP PAYMENT CHARGE
37 EYEMED BUY UP
38 EYEMED BUY UP
45 CREDIT UNION
50-69 PROFIT SHARING/401K LOANS
76 LONG TERM DISABILITY
77 LIFE INSURANCE

### MESSAGE AREA

---

### AUTOMATIC PAYROLL DEPOSIT

East Penn Manufacturing Co.  Manufacturer of  Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 12-24-2021 | 205982 | 005465329 | $409.45 |

PAY  FOUR HUNDRED NINE AND 45/100 DOLLARS

TO THE ORDER OF: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA 19560

**NON-NEGOTIABLE**

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### CHECK INFORMATION 3560
| | |
|---|---|
| CHECK NUMBER: | 005473865 |
| PAY PERIOD ENDING: | 12-25-2021 |
| CHECK DATE: | 12-31-2021 |

### EMPLOYEE INFORMATION
| | |
|---|---|
| EMPLOYEE NO: | 205982 |
| PLANT/DEPT: | 08-1100 |
| NAME/ADDRESS: | SAMUEL J. MULL JR |
| | 5205 CASA GRANDE RD |
| | TEMPLE, PA  19560 |

### EMPLOYEE TAX INFORMATION
| | |
|---|---|
| FEDERAL FILING STATUS: | S |
| FEDERAL DEPENDENTS: | |
| ADDITIONAL FEDERAL WITHOLDING: | $0.00 |

### EARNINGS
| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 32.00 | 22.6000 | 739.20 |
| 21 | 13.00 | 22.6000 | 446.70 |
| 22 | 8.00 | 22.6000 | 184.80 |
| | | CURRENT EARNINGS | 1,370.70 |
| | | YTD EARNINGS | 35,257.58 |

### EARNINGS CODES
| | |
|---|---|
| 10 | REGULAR SALARY |
| 11 | OVERTIME SALARY |
| 12 | HOLIDAY SALARY |
| 13 | VACATION SALARY |
| 14 | COMMISSION SALARY |
| 15 | BONUS SALARY |
| 20 | REGULAR HOURLY |
| 21 | OVERTIME HOURLY |
| 22 | HOLIDAY HOURLY |
| 23 | VACATION HOURLY |
| 24 | COMMISSION HOURLY |
| 25 | BONUS HOURLY |
| 27 | SHORT/OVER ADJ. |
| 30 | REGULAR INCENTIVE |
| 31 | OVERTIME INCENTIVE |
| 32 | HOLIDAY INCENTIVE |
| 33 | VACATION INCENTIVE |
| 34 | COMMISSION INCENTIVE |
| 35 | BONUS INCENTIVE |
| 37 | SHORT/OVER ADJ. |
| 40 | REGULAR BONUS |
| 41 | ADDITIONAL BONUS |
| 50 | REGULAR HOURLY |
| 51 | OVERTIME HOURLY |
| 52 | HOLIDAY HOURLY |
| 53 | VACATION HOURLY |
| 54 | COMMISSION HOURLY |
| 55 | BONUS HOURLY |
| 57 | SHORT/OVER ADJ. |
| 90 | DISABILITY |

### DEDUCTIONS
| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 103.74 | 2,053.75 |
| 02 | 99.49 | 2,584.42 |
| 03 | 39.92 | 1,037.14 |
| 04 | 13.00 | 337.82 |
| 06 | 0.82 | 21.17 |
| 13 | 70.25 | 1,475.25 |
| 24 | 1.00 | 32.00 |
| 25 | 41.12 | 792.64 |
| DED TOTALS | 369.34 | 8,334.19 |
| NET PAY | 1,001.36 | 26,923.39 |

### DEDUCTION CODES
| | |
|---|---|
| 1 | FEDERAL INCOME TAX |
| 2 | F.I.C.A. |
| 3 | STATE INCOME TAX |
| 4 | LOCAL WAGE TAX |
| 5 | COUNTY TAX |
| 6 | STATE UNEMPLOYMENT TAX |
| 7 | DISABILITY |
| 9 | EIC |
| 10 | OREGON TRANSIT TAX |
| 11 | PFMLA |
| 12 | MA PFMLA |
| 13 | GROUP INSURANCE |
| 14 | MISCELLANEOUS |
| 15 | EYEMED BUY UP |
| 17 | DOMESTIC RELATIONS |
| 18 | MISCELLANEOUS |
| 19 | SHOES |
| 20 | BATTERIES |
| 21 | UNITED WAY |
| 22 | UNITED WAY |
| 24 | LOCAL SERVICES TAX |
| 25 | PRE-TAX 401K |
| 27 | GROUP INSURANCE |
| 28 | GROUP INSURANCE |
| 30-31 | PROFIT SHARING/401K LOANS |
| 32 | PRE-TAX 401K |
| 33 | PRE-TAX 401K |
| 34 | STOP PAYMENT CHARGE |
| 37 | EYEMED BUY UP |
| 38 | EYEMED BUY UP |
| 45 | CREDIT UNION |
| 50-69 | PROFIT SHARING/401K LOANS |
| 76 | LONG TERM DISABILITY |
| 77 | LIFE INSURANCE |

MESSAGE AREA

---

### AUTOMATIC PAYROLL DEPOSIT
**East Penn Manufacturing Co.** — Manufacturer of **Deka** Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 12-31-2021 | 205982 | 005473865 | $1,001.36 |

PAY  ONE THOUSAND ONE AND 36/100 DOLLARS

TO THE ORDER OF:  SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560

**NON-NEGOTIABLE**

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

**EMPLOYEE INFORMATION**
EMPLOYEE NO: 205982
PLANT/DEPT: 08-1100
NAME/ADDRESS: SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560

**CHECK INFORMATION**   3529
CHECK NUMBER: 005482396
PAY PERIOD ENDING: 01-01-2022
CHECK DATE: 01-07-2022

**EARNINGS**

| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 21 | 8.00 | 22.6000 | 277.20 |
| 22 | 8.00 | 22.6000 | 184.80 |
| 23 | 32.00 | 22.6000 | 739.20 |
| CURRENT EARNINGS | | | 1,201.20 |
| YTD EARNINGS | | | 1,201.20 |

**EARNINGS CODES**
10 REGULAR SALARY
11 OVERTIME SALARY
12 HOLIDAY SALARY
13 VACATION SALARY
14 COMMISSION SALARY
15 BONUS SALARY
20 REGULAR HOURLY
21 OVERTIME HOURLY
22 HOLIDAY HOURLY
23 VACATION HOURLY
24 COMMISSION HOURLY
25 BONUS HOURLY
27 SHORT/OVER ADJ.
30 REGULAR INCENTIVE
31 OVERTIME INCENTIVE
32 HOLIDAY INCENTIVE
33 VACATION INCENTIVE
34 COMMISSION INCENTIVE
35 BONUS INCENTIVE
37 SHORT/OVER ADJ.
40 REGULAR BONUS
41 ADDITIONAL BONUS
50 REGULAR HOURLY
51 OVERTIME HOURLY
52 HOLIDAY HOURLY
53 VACATION HOURLY
54 COMMISSION HOURLY
55 BONUS HOURLY
57 SHORT/OVER ADJ.
90 DISABILITY

**DEDUCTIONS**

| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 63.34 | 63.34 |
| 02 | 86.52 | 86.52 |
| 03 | 34.72 | 34.72 |
| 04 | 11.31 | 11.31 |
| 06 | 0.72 | 0.72 |
| 48 | 1.00 | 1.00 |
| 57 | 70.25 | 70.25 |
| 65 | 36.04 | 36.04 |
| DED TOTALS | 303.90 | 303.90 |
| NET PAY | 897.30 | 897.30 |

**DEDUCTION CODES**
1 FEDERAL INCOME TAX
2 F.I.C.A.
3 STATE INCOME TAX
4 LOCAL WAGE TAX
5 COUNTY TAX
6 STATE UNEMPLOYMENT TAX
7 DISABILITY
9 EIC
10 OR TRANSIT TAX
11 WA PFMLA
12 MA PFMLA
13 CT PFMLA
14 NJ - UI/WF
15 NJ - DI/FL
48 PA LOCAL SERVICES TAX
50 DOMESTIC RELATIONS
52 MISCELLANEOUS
53-54 GARNISHMENT
57-59 HEALTH INSURANCE
61-63 EYEMED VISION BUY-UP
65-67 PRE-TAX 401K
69-90 401K/PROFIT SHARING LOAN
92 VOL LONG TERM DISABILITY
93 VOL LIFE INSURANCE/AD&D
95-96 UNITED WAY CONTRIBUTION
97 CREDIT UNION
98 STOP PAYMENT FEE

MESSAGE AREA

---

**AUTOMATIC PAYROLL DEPOSIT**

**EastPenn** East Penn Manufacturing Co.   Manufacturer of **Deka** Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 01-07-2022 | 205982 | 005482396 | $897.30 |

PAY   EIGHT HUNDRED NINETY SEVEN AND 30/100 DOLLARS

TO THE ORDER OF:  SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560

**NON-NEGOTIABLE**

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### EMPLOYEE INFORMATION

| EMPLOYEE NO: | 205982 |
|---|---|
| PLANT/DEPT: | 08-1100 |
| NAME/ADDRESS: | SAMUEL J. MULL JR |
| | 5205 CASA GRANDE RD |
| | TEMPLE, PA  19560 |

### CHECK INFORMATION  3496

| CHECK NUMBER: | 005490800 |
|---|---|
| PAY PERIOD ENDING: | 01-08-2022 |
| CHECK DATE: | 01-14-2022 |

### EARNINGS

| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 32.00 | 22.6000 | 739.20 |
| 21 | 5.00 | 22.6000 | 173.25 |
| 22 | 8.00 | 22.6000 | 184.80 |
| | | CURRENT EARNINGS | 1,097.25 |
| | | YTD EARNINGS | 2,298.45 |

### EARNINGS CODES

| 10 | REGULAR SALARY |
|---|---|
| 11 | OVERTIME SALARY |
| 12 | HOLIDAY SALARY |
| 13 | VACATION SALARY |
| 14 | COMMISSION SALARY |
| 15 | BONUS SALARY |
| 20 | REGULAR HOURLY |
| 21 | OVERTIME HOURLY |
| 22 | HOLIDAY HOURLY |
| 23 | VACATION HOURLY |
| 24 | COMMISSION HOURLY |
| 25 | BONUS HOURLY |
| 27 | SHORT/OVER ADJ. |
| 30 | REGULAR INCENTIVE |
| 31 | OVERTIME INCENTIVE |
| 32 | HOLIDAY INCENTIVE |
| 33 | VACATION INCENTIVE |
| 34 | COMMISSION INCENTIVE |
| 35 | BONUS INCENTIVE |
| 37 | SHORT/OVER ADJ. |
| 40 | REGULAR BONUS |
| 41 | ADDITIONAL BONUS |
| 50 | REGULAR HOURLY |
| 51 | OVERTIME HOURLY |
| 52 | HOLIDAY HOURLY |
| 53 | VACATION HOURLY |
| 54 | COMMISSION HOURLY |
| 55 | BONUS HOURLY |
| 57 | SHORT/OVER ADJ. |
| 90 | DISABILITY |

### DEDUCTIONS

| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 46.42 | 109.76 |
| 02 | 78.20 | 164.72 |
| 03 | 31.38 | 66.10 |
| 04 | 10.22 | 21.53 |
| 06 | 0.66 | 1.38 |
| 48 | 1.00 | 2.00 |
| 57 | 75.00 | 145.25 |
| 65 | 32.92 | 68.96 |
| DED TOTALS | 275.80 | 579.70 |
| NET PAY | 821.45 | 1,718.75 |

### DEDUCTION CODES

| 1 | FEDERAL INCOME TAX |
|---|---|
| 2 | F.I.C.A. |
| 3 | STATE INCOME TAX |
| 4 | LOCAL WAGE TAX |
| 5 | COUNTY TAX |
| 6 | STATE UNEMPLOYMENT TAX |
| 7 | DISABILITY |
| 9 | EIC |
| 10 | OR TRANSIT TAX |
| 11 | WA PFMLA |
| 12 | MA PFMLA |
| 13 | CT PFMLA |
| 14 | NJ - UI/WF |
| 15 | NJ - DI/FL |
| 48 | PA LOCAL SERVICES TAX |
| 50 | DOMESTIC RELATIONS |
| 52 | MISCELLANEOUS |
| 53-54 | GARNISHMENT |
| 57-59 | HEALTH INSURANCE |
| 61-63 | EYEMED VISION BUY-UP |
| 65-67 | PRE-TAX 401K |
| 69-90 | 401K/PROFIT SHARING LOAN |
| 92 | VOL LONG TERM DISABILITY |
| 93 | VOL LIFE INSURANCE/AD&D |
| 95-96 | UNITED WAY CONTRIBUTION |
| 97 | CREDIT UNION |
| 98 | STOP PAYMENT FEE |

### MESSAGE AREA

---

**EastPenn** — East Penn Manufacturing Co.    Manufacturer of **Deka** Batteries & Accessories

### AUTOMATIC PAYROLL DEPOSIT

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 01-14-2022 | 205982 | 005490800 | $821.45 |

PAY  EIGHT HUNDRED TWENTY ONE AND 45/100 DOLLARS

TO THE ORDER OF:  SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560

**NON-NEGOTIABLE**

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B



**East Penn Manufacturing Co.**

STATEMENT OF EARNINGS AND DEDUCTIONS

### EMPLOYER INFORMATION

| EMPLOYEE NO: | 205982 |
|---|---|
| PLANT/DEPT: | 08-1100 |
| NAME/ADDRESS: | SAMUEL J. MULL JR |
| | 5205 CASA GRANDE RD |
| | TEMPLE, PA  19560 |

### CHECK INFORMATION   3490

| CHECK NUMBER: | 005499270 |
|---|---|
| PAY PERIOD ENDING: | 01-15-2022 |
| CHECK DATE: | 01-21-2022 |

### EARNINGS

| CODE | HOURS | RATE | CURRENT |
|---|---|---|---|
| 20 | 40.00 | 22.6000 | 924.00 |
| 21 | 8.00 | 22.6000 | 277.20 |
| | | CURRENT EARNINGS | 1,201.20 |
| | | YTD EARNINGS | 3,499.65 |

### EARNINGS CODES

| 10 | REGULAR SALARY |
|---|---|
| 11 | OVERTIME SALARY |
| 12 | HOLIDAY SALARY |
| 13 | VACATION SALARY |
| 14 | COMMISSION SALARY |
| 15 | BONUS SALARY |
| 20 | REGULAR HOURLY |
| 21 | OVERTIME HOURLY |
| 22 | HOLIDAY HOURLY |
| 23 | VACATION HOURLY |
| 24 | COMMISSION HOURLY |
| 25 | BONUS HOURLY |
| 27 | SHORT/OVER ADJ. |
| 30 | REGULAR INCENTIVE |
| 31 | OVERTIME INCENTIVE |
| 32 | HOLIDAY INCENTIVE |
| 33 | VACATION INCENTIVE |
| 34 | COMMISSION INCENTIVE |
| 35 | BONUS INCENTIVE |
| 37 | SHORT/OVER ADJ. |
| 40 | REGULAR BONUS |
| 41 | ADDITIONAL BONUS |
| 50 | REGULAR HOURLY |
| 51 | OVERTIME HOURLY |
| 52 | HOLIDAY HOURLY |
| 53 | VACATION HOURLY |
| 54 | COMMISSION HOURLY |
| 55 | BONUS HOURLY |
| 57 | SHORT/OVER ADJ. |
| 90 | DISABILITY |

### DEDUCTIONS

| CODE | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 01 | 62.30 | 172.06 |
| 02 | 86.15 | 250.87 |
| 03 | 34.57 | 100.67 |
| 04 | 11.26 | 32.79 |
| 06 | 0.72 | 2.10 |
| 48 | 1.00 | 3.00 |
| 57 | 75.00 | 220.25 |
| 65 | 36.04 | 105.00 |
| DED TOTALS | 307.04 | 886.74 |
| NET PAY | 894.16 | 2,612.91 |

### DEDUCTION CODES

| 1 | FEDERAL INCOME TAX |
|---|---|
| 2 | F.I.C.A. |
| 3 | STATE INCOME TAX |
| 4 | LOCAL WAGE TAX |
| 5 | COUNTY TAX |
| 6 | STATE UNEMPLOYMENT TAX |
| 7 | DISABILITY |
| 9 | EIC |
| 10 | OR TRANSIT TAX |
| 11 | WA PFMLA |
| 12 | MA PFMLA |
| 13 | CT PFMLA |
| 14 | NJ - UI/WF |
| 15 | NJ - DI/FL |
| 48 | PA LOCAL SERVICES TAX |
| 50 | DOMESTIC RELATIONS |
| 52 | MISCELLANEOUS |
| 53-54 | GARNISHMENT |
| 57-59 | HEALTH INSURANCE |
| 61-63 | EYEMED VISION BUY-UP |
| 65-67 | PRE-TAX 401K |
| 69-90 | 401K/PROFIT SHARING LOAN |
| 92 | VOL LONG TERM DISABILITY |
| 93 | VOL LIFE INSURANCE/AD&D |
| 95-96 | UNITED WAY CONTRIBUTION |
| 97 | CREDIT UNION |
| 98 | STOP PAYMENT FEE |

### MESSAGE AREA



---

### AUTOMATIC PAYROLL DEPOSIT

East Penn Manufacturing Co.   Manufacturer of Deka Batteries & Accessories

| PLANT/DEPT | DATE | EMPLOYEE NO | CHECK NO | AMOUNT |
|---|---|---|---|---|
| 08-1100 | 01-21-2022 | 205982 | 005499270 | $894.16 |

PAY   EIGHT HUNDRED NINETY FOUR AND 16/100 DOLLARS

TO THE ORDER OF:   SAMUEL J. MULL JR
5205 CASA GRANDE RD
TEMPLE, PA  19560



**NON-NEGOTIABLE**

FIRST NATIONAL BANK OF LEESPORT - CHECKING

08-1100 B