UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Samuel Mull, Jr | Bankruptcy No.22-10289-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of May, 2022, by first class mail upon those listed below:

Samuel Mull, Jr
5205 Casa Grande Road
Temple, PA  19560

**Electronically via CM/ECF System Only:**

TIMOTHY ZEARFOSS  ESQ
143-145 LONG LANE
UPPER DARBY, PA  19082

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee