United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10289-pmm |
| Samuel Mull, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: 155 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Mull, Jr, 5205 Casa Grande Road, Temple, PA 19560-1105 |
| 14667456 | + | AMERICAN HERTIAGE C.U., 3060 RED LINE RD, PHILA, PA 19114-1130 |
| 14669285 | + | Federal Home Loan Mortgage Corporation, as Trustee, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14667457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 11 2022 00:13:44 | BOSCOVS, CAP I RETAIL SVCS, PO BOX 71106, CHARLOTTE, NC 28272-1106 |
| 14667458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 11 2022 00:13:44 | CAPITAL ONE, PO BOX 71107, CHARLOTTE, NC 28272-1107 |
| 14677454 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 11 2022 00:13:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14667459 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 11 2022 00:06:00 | FIRST NATL BANK OF OMAHA, 1620 DODGE ST, STOP 3105, Omaha, NE 68102 |
| 14670264 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 11 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14677763 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 11 2022 00:06:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14684921 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2022 00:13:45 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2022 00:13:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14667460 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 11 2022 00:06:00 | SPS, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 10, 2022 | Form ID: 155 | Total Noticed: 12

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Samuel Mull Jr tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Samuel Mull, Jr
      Debtor(s)                                   Chapter: 13

                                            Bankruptcy No: 22−10289−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 10th day of November 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Patricia M. Mayer
                                          Judge ,
                                          United States Bankruptcy Court

                                                        32
                                                  Form 155