United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Case No. 22-10289-pmm

Samuel Mull, Jr

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Mull, Jr, 5205 Casa Grande Road, Temple, PA 19560-1105 |
| 14667456 | + | AMERICAN HERTIAGE C.U., 3060 RED LINE RD, PHILA, PA 19114-1130 |
| 14669285 | + | Federal Home Loan Mortgage Corporation, as Trustee, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 21 2023 00:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 21 2023 00:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14667457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2023 01:29:31 | BOSCOVS, CAP I RETAIL SVCS, PO BOX 71106, CHARLOTTE, NC 28272-1106 |
| 14667458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2023 01:03:08 | CAPITAL ONE, PO BOX 71107, CHARLOTTE, NC 28272-1107 |
| 14677454 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2023 00:46:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14670264 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 21 2023 00:49:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14667459 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 21 2023 00:49:00 | FIRST NATL BANK OF OMAHA, 1620 DODGE ST, STOP 3105, Omaha, NE 68102 |
| 14677763 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 21 2023 00:50:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14684921 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:03:12 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 00:46:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14667460 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 21 2023 00:50:00 | SPS, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4                     User: admin                                    Page 2 of 2
Date Rcvd: Jul 20, 2023                  Form ID: pdf900                             Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Samuel Mull  Jr tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

      Samuel Mull, Jr

                                  Bankruptcy No. 22-10289-PMM

                  Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

_Patricia M. Mayer_
_____

**Date: July 20, 2023**
                  PATRICIA M. MAYER
                  U.S. BANKRUPTCY JUDGE